# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**RICHARD P. HARROLD,**

      **Plaintiff,**

      **v.**

**LEWIS J. HAGEN III,** *individually and in his*
*official capacity as an Officer of the*
*Chesterfield County Police Department,*
*Chesterfield County, Virginia,*

      **Defendant.**

Civil Action No. 3:23cv866

## FINAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS

Defendant Lewis J. Hagen III's Motion to Dismiss, (ECF No. 5).

    1.   Counts I, II, III, and VII are DISMISSED WITH PREJUDICE.

    2.   Counts IV, V, VI, and VIII are DISMISSED WITHOUT PREJUDICE.

The Court DENIES AS MOOT Plaintiff Richard P. Harrold's Motion Requesting Oral

Argument. (ECF No. 9.)

Because the Court does not grant leave to amend at this time, this order is final and

appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding that an order

dismissing a case without leave to amend is final and appealable). Mr. Harrold is advised that he

has the right to appeal the decision of the Court. Should he wish to do so, written notice of

appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a written notice of appeal may result in the loss of the right to appeal.

It is SO ORDERED.

Date: 9/27/24
Richmond, Virginia

_____ /s/

M. Hannah Lauck
United States District Judge